IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CASEY MINCEY, CHANTE WAIDE, and MARISSA ADKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, an entity of the State of Georgia, COMMISSIONER BRIAN OWENS, in his official capacity, COMMISSIONER HOMER BRYSON, in his official capacity, WARDEN SUE MICKENS, in her official capacity, WARDEN ANGELA GRANT, in her official capacity, WARDEN ALEXIS CHASE, in her official Capacity, and CAPTAIN EDGAR DANIEL JOHNSON,<br><br>    Defendants. | 1:15-cv-04459-WSD |

## ORDER

On February 10, 2016, Defendant Captain Edgar Daniel Johnson ("Defendant Johnson") filed his Notice of Automatic Stay [15] ("Notice"). In it, Defendant Johnson stated that "on July 21, 2015, [Defendant Johnson] filed a Chapter 13 bankruptcy proceeding in the United States Bankruptcy Court, Southern District of Georgia, Case No. 15-60366-EJC, which requires an

automatic stay of all proceedings pursuant to 11 U.S.C. Section 362." (Notice at 1).

On March 18, 2016, Defendants Georgia Department of Corrections, Commissioner Brian Owens, Commissioner Homer Bryson, Warden Sue Mickens, and Warden Alexis Chase filed their Pre-Answer Motion to Dismiss Plaintiffs' First Amended Complaint for Damages [34] ("Motion to Dismiss").

On April 14, 2016, Defendant Angela Grant filed her Motion to Adopt Defendants' Motion to Dismiss [40] ("Motion to Adopt"), which the Court granted [43] on June 13, 2016.

On January 17, 2017, the Court granted [45] Defendants' Motion to Dismiss.

Defendant Johnson is the only remaining defendant in this matter. The claims against him have been stayed for a year due to the pending bankruptcy matter in the Southern District of Georgia to which Defendant Johnson is listed as a debtor.  See In re Johnson, Case No. 15-60366-EJC (Bankr. S.D. Ga. filed on July 21, 2015).  There is no indication when the bankruptcy matter might be disposed.  In the interest of judicial economy, and for the Court to manage its docket,

**IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this action.  Defendant Captain Edgar Daniel

Johnson is **DIRECTED** to promptly notify the Court after the bankruptcy matter to which he is a debtor is disposed.  See In re Johnson, Case No. 15-60366-EJC (Bankr. S.D. Ga. filed on July 21, 2015).

**SO ORDERED** this 2nd day of February, 2017.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE