# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CASEY MINCEY, CHANTE WAIDE, and MARISSA ADKINS  Plaintiffs, v.  EDGAR DANIEL JOHNSON, et al.,  Defendants. | CIVIL ACTION NO: 1:15-CV-4459-WSD |

## BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT EDGAR JOHNSON

COMES NOW, Vincent A. Toreno of the law firm of Ken David & Associates, who respectfully files this brief in support of his Motion to Withdraw as Counsel for Defendant Edgar Johnson, showing the Court as follows:

### I. BACKGROUND

This Section 1983 lawsuit was filed by the above Plaintiffs on December 23, 2015. (Doc. 1). Undersigned counsel was retained as counsel by the Georgia Department of Administrative Services ("DOAS") on or about January 26, 2016, to represent Defendant Edgar Johnson.

The Plaintiffs brought allegations against Defendant Johnson of sexual assaults that he allegedly committed while Captain at the Emanuel Women's Facility,

1

where they were incarcerated. The United States Department of Justice ("DOJ") launched an investigation into the Plaintiffs' allegations. The DOJ investigation resulted in Defendant Johnson pleading guilty to several criminal offenses relating to the assaults. Defendant Johnson is currently incarcerated at the Chatham County Jail and is awaiting sentencing in relation to his guilty plea. In light of Defendant Johnson's plea, DOAS determined it no longer had a duty to defend Defendant Johnson and withdrew his coverage. (See letter to Edgar Johnson from DOAS attached hereto as "Exhibit A"). Undersigned counsel made several attempts to contact Defendant Johnson to inform him of counsel's desired withdrawal and the consequences thereof. (See letters to Edgar Johnson and certified mail slips attached hereto as "Exhibit B"). Due to Defendant Johnson's incarceration, counsel was unable to confirm Defendant's receipt of the letters, or lack thereof, until a telephone call on April 16, 2018. Defendant Johnson was reached by telephone and informed counsel that he may have received a letter months ago, but could not recall. Counsel then read the letters attached as "Exhibit B" verbatim to Defendant Johnson during that phone call and confirmed Defendant Johnson's understanding of the contents of those letters.  Defendant Johnson was informed that he has the right to object to counsel's withdrawal, and he was advised that conferring with his criminal defense counsel would be in his best interest.  Defendant Johnson's criminal defense lawyer was also sent copies of the letters sent to Defendant

Johnson. To date, Defendant Johnson has not personally or by counsel, objected to the present request for withdrawal.

## II.     ARGUMENT AND CITATION TO AUTHORITY

### A. The Requirements for Withdrawal of Counsel Have Been Met Pursuant to Local Rule 83.1.

Undersigned counsel shows that he has provided Defendant Johnson with written notice of withdrawal at his last known residence address, at the Chatham County Jail, and counsel provided verbal notice via telephone conversation on April 16, 2018. These communications provided notice of counsel's intent to withdraw with all information required by Local Rule 83.1. and notice was delivered within fourteen (14) days prior to filing this motion. (Exhibit B).

Local Rule 83.1. specifies that a motion to withdraw "will not be granted if withdrawal will cause a delay in the trial of the case." Here, withdrawal of undersigned counsel will not delay trial or interrupt the orderly operation of this case because this matter is stayed pending resolution of Defendant Johnson's bankruptcy filing in the Southern District of Georgia. (Doc. 46).

Withdrawal of counsel will not be manifestly unfair to Defendant Johnson as there are no pending deadlines to meet due to the pending bankruptcy.

### III. **<u>CONCLUSION</u>**

In reliance on the foregoing, undersigned respectfully requests that his Motion to Withdraw as Counsel for Edgar Johnson be granted. A proposed order allowing withdrawal of counsel has been attached for the Court's consideration. (See Order, attached hereto as "Exhibit C").

Respectfully submitted this 16th day of May, 2018.

/s/ Vince A. Toreno
Vincent A. Toreno
Georgia Bar No. 714735
Attorney for Defendant Edgar Johnson

Ken David & Associates, LLC
229 Peachtree Street
International Tower, Suite 950
Atlanta, Georgia 30303
(404) 446-4476

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CASEY MINCEY, CHANTE WAIDE, and MARISSA ADKINS<br><br>Plaintiffs,<br>v.<br><br>EDGAR DANIEL JOHNSON, et al.,<br><br>Defendants. | CIVIL ACTION NO:<br><br>1:15-CV-4459-WSD |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT EDGAR JOHNSON,** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record. I further certify that I have served a copy of said motion on Edgar Johnson by depositing a copy of the Motion with the U.S Postal Service with proper postage affixed addressed to his last known address:

Mr. Edgar Daniel Johnson<br>
DIN # P1706177<br>
Chatham County Jail<br>
1050 Carl Griffin Drive<br>
Savannah, GA 31405

Respectfully submitted this 16th day of May, 2018.

                                      /s/ Vince A. Toreno
                                      Vincent A. Toreno
                                      Georgia Bar No. 714735
                                      Attorney for Defendant Edgar Johnson

Ken David & Associates, LLC
229 Peachtree Street
International Tower, Suite 950
Atlanta, Georgia 30303
(404) 446-4476